## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 05 B 00292 |
| Christine Fobb | ) | HON. Cox |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## DEBTOR'S REPLY TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE FILED BY TRUSTEE TOM VAUGHN

NOW COMES the Debtor by and through her attorneys, Robert J. Semrad & Associates, for Debtor's reply to JP Morgan Chase Bank, Nation Association's Response to Trustee Tom Vaughn's Notice of Payment of Final Mortgage Cure, and states as follows:

1. On or about January 26, 2005, JP Morgan filed its Proof of Claim as Claim Number 1 for a sum of $29,046.47 in pre-petition arrears.
   **Answer: Admit**

2. That Debtor's Amended Chapter 13 Plan filed on January 28, 2005, and confirmed on February 14, 2005 sets-forth a pre-petition arrearage amount owed to JP Morgan of $29,046.47.
   **Answer: Admit**

3. JP Morgan's pre-petition arrears of $29,046.47 were paid by the Chapter 13 Trustee in full.
   **Answer: Admit**

4. The Debtor's post-petition payments to JP Morgan were to be paid by the Debtor directly "outside" of the plan.
   **Answer: Admit**

5. On or about April 6, 2009, JP Morgan and Debtor entered into an Agreed Order to cure post-petition default of mortgage payments and to make monthly post-petition payments in a timely manner.
   **Answer: Admit**

6. On or about April 29, 2010, JP Morgan filed a Notice of Failure to Comply with Agreed Order. Therefore, the Debtor is not current in her post-petition mortgage payments to JP Morgan.
   **Answer: Deny**

      WHEREFORE, Debtor prays that the Court declare that Debtor is current with post-petition mortgage payments at this time.

      Respectfully Submitted,

      ___/s/ Brian R. Zeft___
      Attorney for Debtor

Robert J. Semrad & Associates
20 S. Clark Street
28th Floor
Chicago, IL 60603
 (312) 913-0625